U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 23 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| VONCELLIE W. HARRIS | CIVIL ACTION NO. 06-0031 |
| versus | JUDGE WALTER |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that pursuant to the sixth sentence of 42 U.S.C. § 405(g), this matter is **remanded** to the Commissioner of Social Security for consideration of the new evidence and such other matters as may be relevant.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 23 day of March, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE